**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>STEVE GEORGE BILIDAS<br><br>Debtor | Chapter 13<br><br>Case No. 26-11518-KHK |

**MOTION TO DISMISS WITH PREJUDICE OR FOR CONVERSION TO CHAPTER 7, NOTICE OF MOTION AND NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, moves pursuant to 11 U.S.C. §1307 and 11 U.S.C. §105 for entry on an Order dismissing this case with some form of prejudice or bar to refiling, or alternatively for conversion to Chapter 7, and states in support thereof the following:

1. This is this Debtor's third bankruptcy filing in approximately three years. His prior case history is as follows:
   **23-10690-BFK Steven George Bilidas**
   Chapter: 13 Date filed: 04/26/2023 Debtor dismissed: 07/11/2023

   **24-11396-BFK Steven George Bilidas (Pro Se)**
   Chapter: 13 Date filed: 07/30/2024 Debtor dismissed: 10/22/2024
   Dismissed with Prejudice from 10/22/2024 – 4/20/2025. Proof of Claim #9-1 asserted $487,828.13 of arrears as of July 30, 2024.

2. This latest case was filed on June 24, 2026; Debtor did not disclose either of those two filings in response to #9 of the Petition.

3. Additionally, Debtor's spouse and co-owner filed the following Chapter 13 case, using the same counsel who represented Mr. Bilidas in the two above cases, which Chapter 13 case only recently completed:
   **23-11680-BFK Denise Elizabeth Bilidas**
   Chapter: 13 Date filed: 10/16/2023 Plan confirmed: 03/19/2024
   Debtor discharged: 01/30/2026;

4. The Plan in Mrs. Bilidas' case purported to surrender her interest in the real estate.

5. Debtor's two most recent prior filings (Case #'s 23-10690-BFK and 24-11396-BFK) were dismissed for lack of prosecution by Debtor, and therefore appear to have been filed solely for purpose of delay.

6. Debtor has not yet filed complete Schedules or Plan in this case.

7. This case, like the two before it, appears to have been filed in bad faith and solely for purposes of delay and to frustrate creditor rights.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice. You must mail a copy to the persons listed below.

***Attend the hearing to be held on July 30, 2026 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing. A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _July 7, 2026_____

__/s/ Thomas P. Gorman______
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 7th day of July, 2026, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss with Prejudice or for Conversion to Chapter 7, Notice of Motion and Notice of Hearing to the following parties.

Steve George Bilidas
Chapter 13 Debtor
1151 Elden St
Herndon, VA 20170

__/s/ Thomas P. Gorman______
Thomas P. Gorman