# UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

In the Matter of:

STEVE GEORGE BILIDAS

Debtor.

Chapter 13

Case No. 26-11518-KHK

## MOTION OF FAIRFAX COUNTY IN SUPPORT OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS, WITH PREJUDICE AND *IN REM* RELIEF

COMES NOW, the County of Fairfax, (the "County") by and through Counsel, and files this Motion under 11 U.S.C. § 1307(c), and 11 U.S.C. § 105, in support of Thomas P. Gorman, the Chapter 13 Trustee's ("Trustee") Motion to Dismiss, with Prejudice or bar to refiling, and for *In Rem* relief.

1. The County incorporates in this Motion and the statements and arguments previously submitted to this Court in the Trustee's Motion to Dismiss.
2. The County is a political subdivision of the Commonwealth of Virginia.
3. The Debtor filed a Chapter 13 bankruptcy petition on June 24, 2026 ("Current Petition").

Mark K. Ames, VSB #27409
Jeffrey A. Scharf, VSB#30591
Taxing Authority Consulting Services, P.C.
P.O. Box 31800
Henrico, VA 23294
Phone: (804) 545-9399
Fax: (804) 378-2681
mark@taxva.com

4. The Debtor has an interest in certain property located in Fairfax County assessed in the land books of Fairfax County in the name of George Bilidas, et ux and Louis Cholakis, et ux, further identified as Tax Map No.: 0383-13-0004, Account No.: 411454880 ("the Property").
5. Virginia law permits a locality to sell real estate assessed with taxes that have been "delinquent on December 31 following the second anniversary of the date on which such taxes have become due…" and where the locality has met advertisement and notice requirements before the commencement of legal proceedings to sell the real estate. Virginia Code § 58.1-3965.
6. The taxes on the Property have delinquent amounts dating back to 2016, and the County has properly advertised and sent the requisite notices before the filing of a complaint to sell the Property.
7. The County did in fact file a complaint to sell the Property on August 18, 2025.
8. As of the filing of this motion, the total tax amount owed is $179,397.17, inclusive of tax, penalty, interest and attorney fees.
9. The Debtor has not redeemed the property by paying all of the tax, penalty, interest and attorney fees under Virginia Code § 58.1-3965(B).
10. The County holds a lien on the property superior to any other existing lien including that of a secured creditor. Virginia Code § 58.1-3340.
11. This is Debtor's third bankruptcy filing in approximately three years; Case 23-10690-BFK, Chapter 13, filed on April 26, 2023, dismissed on July 11, 2023, Case 24-11396-BFK Filed July 30, 2023, dismissed October 22, 2012. Both cases were dismissed for lack of prosecution by the Debtor.

12. This filing, like the previous, appears to have been filed in bad faith and solely for purposes of delay and to frustrate creditor rights.

WHEREFORE, the County of Fairfax fully supports the Motions of the Trustee to dismiss this bankruptcy case with prejudice; grant *in rem* relief for a period of 180 days such that if the Debtor were to file another bankruptcy petition, no automatic stay would be a bar to the County executing its lien and selling the Property to satisfy delinquent taxes.

Respectfully Submitted,
COUNTY OF FAIRFAX, DTA

BY:/s/ Mark K. Ames
Mark K. Ames, Esq. (VSB No. 27409)
Jeffrey A. Scharf, Esq. (VSB No. 30591)
Garrett W. Patton, Esq. (VSB No. 98345)
Taxing Authority Consulting Services, P.C.
P.O. Box 31800
Henrico, VA 23294
Phone: (804) 649-2445
Fax: (804) 378-2681
bankruptcy@taxva.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing response was sent this 20th day of July, 2026 via First Class or via ECF to authorized users at:

Steve George Bilidas (Via First Class Mail)
Chapter 13 Debtor
1151 Elden St.
Herndon, VA 20170
*Pro Se Debtor*

Thomas P. Gorman (Via ECF)
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226

___/s/ Mark K. Ames___
Mark K. Ames, Esq.