**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>STEVE GEORGE BILIDAS<br><br>Debtor(s). | Chapter 13<br>Case No. 26-11518-KHK |

**ORDER**
**UPON CONVERSION TO CHAPTER 7**

THIS MATTER CAME on for hearing on July 30, 2026 upon Trustee's Motion to Dismiss with Prejudice or for Conversion to Chapter 7 (Dkt. #11; hereinafter referred to as the "Motion") and County of Fairfax, Virginia, Dept. of Tax Adminstration's Response (Dkt. #12) in support of dismissal of case. Trustee and counsel for County of Fairfax appeared. Debtor did not appear. It appearing to the Court that cause does exist and that it is in the best interest of the creditors and this estate that this proceeding be converted from Chapter 13 to Chapter 7, it is hereby

**ORDERED that**

1. Trustee's Motion is GRANTED and the case is hereby converted from one under Chapter 13 to one under Chapter 7;

2. Debtor is hereby advised that he has the right to appeal this Order and that in order to do so he must file a Notice of Appeal with the Clerk of the Bankruptcy Court within 14 days of entry of this Order.

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince St., Ste. 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

3. The Trustee in the superseded case shall file a final report and account as required by Federal Rule of Bankruptcy Procedure 1019(e) with the Court within **30 days** after the conversion of this case, with a copy to be transmitted to the United States Trustee;

4. The debtor(s), pursuant to Local Bankruptcy Rule 1017-1(A), shall file with the Court within **14 days** after the conversion of this case as applicable, either:

(a) a schedule of unpaid debts incurred after commencement of original bankruptcy case, and a list of creditors in the format required by the Clerk, or

(b) a certification that no unpaid debts have been incurred since the commencement of the case.

5. The Debtor(s), pursuant to Local Bankruptcy Rule 1017-1(C), shall file with the Court within **14 days** after the conversion of this case a Chapter 7 Statement of Your Current Monthly Income, Official Form 122A-1.

6. The Debtor(s), pursuant to Federal Rule of Bankruptcy Procedure 1019(a)(2), shall file with the Court a Statement of Intention with respect to secured property, if required, within **30 days** after the conversion of this case or before the first date set for the meeting of creditors in the converted case, whichever is earlier.

Aug 4 2026

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: August 4, 2026

I As For This:

/s/ Thomas P. Gorman
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince St., Ste. 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

SEEN and NO OBJECTION:

/s/ Jeffrey A. Scharf
Mark K. Ames, VSB #27409
Jeffrey A. Scharf, VSB #30591
Taxing Authority Consulting Services PC
PO Box 31800
Henrico, VA 23294
(804) 545-9399
Counsel for County of Fairfax, Virginia, Dept. of Tax Adminstration

Local Rule 9022-1(C) Certification

Pursuant to Local Rule 9022-1(C), the foregoing Order was signed by and/or served upon all necessary parties and mailed first class, postage prepaid, this ___ day of July, 2026 to:

Steve George Bilidas
1151 Elden St.
Herndon, VA 20170

/s/ Thomas P. Gorman
Thomas P. Gorman
Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Steve George Bilidas
Chapter 13 Debtor(s)
1151 Elden St.
Herndon, VA 20170

Mark K. Ames
Jeffrey A. Scharf
Counsel for County of Fairfax, Virginia, Dept. of Tax Adminstration
Taxing Authority Consulting Services PC
PO Box 31800
Henrico, VA 23294

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince St., Ste. 202
Alexandria, VA 22314