# UNITED STATES BANKRUPTCY COURT
# FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

IN RE:

STEVE GEORGE BILIDAS — Chapter 7

Case No. 26-11518-KHK

Debtor.

COUNTY OF FAIRFAX, VIRGINIA, and the TOWN OF VIENNA, VIRGINIA, Municipal Corporations of the Commonwealth of Virginia,

Movants

v.

STEVE GEORGE BILIDAS,

And

H. JASON GOLD, TRUSTEE

Respondents.

## MOTION SEEKING RELIEF FROM STAY AND NOTICE OF HEARING THEREON

**NOTICE: Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Mark K. Ames, Esq. (VSB No. 27409)
Jeffrey A. Scharf, Esq. (VSB No. 30591)
Garrett W. Patton, Esq. (VSB No. 98345)
Taxing Authority Consulting Services, P.C.
P.O. Box 31800
Henrico, VA 23294
Phone: (804) 649-2445
Fax: (804) 378-2681
bankruptcy@taxva.com
Counsel for Fairfax County and Town of Vienna

**If you do not wish the Court to grant the relief sought in this motion, or if you want the Court to consider your views on the motion, then within fourteen (14) days from the date of service of this motion, you must file a written response explaining your position with the**

**Court at the following address:**

**Clerk of Court,**
**U.S. Bankruptcy Court**
**Eastern District of Virginia**
**200 S. Washington St.**
**Alexandria, VA 22314**

**and serve a copy on the movant's attorney at the address shown below:**

**Mark K. Ames**
**Taxing Authority Consulting Services, P.C.**
**P.O. Box 31800**
**Henrico, VA 23294**

**And to:**

**H. Jason Gold**
**H. Jason Gold, Trustee**
**P.O. Box 57359**
**Washington, DC 20037**

**Unless a written response is filed and served within this fourteen-day period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief.**

**If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the expiration of the fourteen-day period and attend the hearing scheduled to be held on: October 1, 2026, at 11:00 a.m. in Courtroom III of the United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.**

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without holding a hearing.**

**MOTION SEEKING RELIEF FROM STAY**

COMES NOW, the County of Fairfax, Virginia, and the Town of Vienna, Virginia, (the "Localities") by and through Counsel, and in support of their Motion for Relief from Stay states as follows:

1. The movants are political subdivisions of the Commonwealth of Virginia.
2. This Court has jurisdiction over this contested matter pursuant to 11 U.S.C. § 362(d) and (e) and this matter is a core proceeding within the meaning of 11 U.S.C. § 157.
3. The Localities incorporate in this Motion the statements and arguments submitted to this Court in the County of Fairfax's Motion in Support of Trustee's Motion to Dismiss, previously filed.
4. The Debtor filed a Chapter 13 bankruptcy petition on June 24, 2026.
5. This Case was converted to a Chapter 7 upon order of this Court dated August 4, 2026.
6. The Debtor has an interest in certain property located within the jurisdiction of Fairfax County and the Town of Vienna, assessed in the name of George Bilidas, et ux. and Louis Cholakis, et ux., and further identified as Tax Map No. 0383-13-0004 and Account No. 411454880 ("the Property"). A more particular deed description is attached as "Exhibit A".
7. There exist delinquencies for unpaid real estate taxes for tax years 2015 through 2025. As of the filing of this motion, the total delinquent real estate taxes are as follows:
    - Fairfax County as of August 31, 2026: **$186,283.21** (taxes, penalties,

interest, costs, and fees for 2016 through 2026 1st half) with **$6,757.24** taxes for 2026 2nd half due December 7, 2026.

- Town of Vienna as of August 31, 2026: **$48,818.60** (taxes, penalties, interest, costs, and fees for 2015 through 2026 1st half) with **$1,004.20** taxes for 2026 2nd half due on December 7, 2026.

Copies of the statements for taxes, penalties and interest are attached hereto as "Exhibit B". Incurred costs and fees are not reflected on the statements.

8. Such tax delinquencies are secured by a first priority lien on the Property pursuant to Virginia Code § 58.1-3340.

9. Virginia law permits a locality to sell real estate assessed with taxes that have been "delinquent on December 31 following the second anniversary of the date on which such taxes have become due…" and where the locality has met advertisement and notice requirements before the commencement of legal proceedings to sell the real estate. Virginia Code § 58.1-3965.

10. The taxes on the Property have delinquent amounts dating back to 2015, and the Localities have properly advertised and sent the requisite notices before the filing of a complaint to sell the Property.

11. The Localities filed their complaint to sell the Property on August 18, 2025.

12. The Debtor has not redeemed the property by paying all of the taxes, penalties, interest, costs and fees under Virginia Code § 58.1-3965(B).

13. The Property currently has an assessed value of $1,057,060.00 and an appraised value of $1,350,000. A copy of the assessment from Fairfax County is attached as "Exhibit C" and the appraisal of Tom Kirchner, Jr. is attached as "Exhibit D".

14. There are currently several judgments and liens attached to this Property eliminating any Debtor equity in the Property. Those judgments and liens are as follows:

- United States Internal Revenue Service - $2,702,660.71
- Virginia Department of Taxation - $435,596.33
- Townes of Moorefield Community Association - $6,410.91
- Portfolio Recovery Associates, LLC for Capital One - $17,268.83

Copies of these judgments and liens are attached as “Exhibit E”.

15. This is Debtor’s third bankruptcy filing in approximately three years. Case No. 23-10690-BFK, Chapter 13, was filed on April 26, 2023, and dismissed on July 11, 2023, and Case No. 24-11396-BFK was filed on July 30, 2023, and dismissed October 22, 2023. Both cases were dismissed for lack of prosecution by the Debtor.

16. The Localities have suffered injury and will continue to suffer injury to the extent they are subject to the prohibition of the automatic stay in applying their judicial sale remedy to recover the delinquent real estate taxes due.

17. The Debtor has no equity in the Property, and it should not be considered part of the bankruptcy estate.

WHEREFORE, the County of Fairfax, Virginia, and the Town of Vienna, Virginia, request the entry of an order modifying the stay to permit them to commence with their state law judicial sale remedy against the delinquent real estate described herein.

Respectfully Submitted,
COUNTY OF FAIRFAX, VIRGINIA
and
TOWN OF VIENNA, VIRGINIA

BY:/s/ Mark K. Ames
Mark K. Ames, Esq. (VSB No. 27409)
Jeffrey A. Scharf, Esq. (VSB No. 30591)
Garrett W. Patton, Esq. (VSB No. 98345)
Taxing Authority Consulting Services, P.C.
P.O. Box 31800
Henrico, VA 23294
Phone: (804) 649-2445
Fax: (804) 378-2681
bankruptcy@taxva.com

**NOTICE YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

**IF YOU DO NOT WISH THE COURT TO GRANT THE RELIEF SOUGHT IN THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN WITHIN 14 DAYS FROM THE DATE OF SERVICE OF THIS MOTION, YOU MUST FILE A WRITTEN RESPONSE EXPLAINING YOUR POSITION WITH THE COURT AND SERVE A COPY ON THE MOVANT. UNLESS A WRITTEN RESPONSE IS FILED AND SERVED WITHIN THIS 14-DAY PERIOD, THE COURT MAY DEEM OPPOSITION WAIVED, TREAT THE MOTION AS CONCEDED, AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

**IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE EXPIRATION OF THE 14-DAY PERIOD.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion and Notice was sent this the 2nd day of September, 2026 via First Class Mail or via ECF to authorized users at:

Steve George Bilidas (Via First Class Mail)
Chapter 13 Debtor
1151 Elden St.
Herndon, VA 20170
*Pro Se Debtor*

Via CM/ECF:

H. Jason Gold
H. Jason Gold, Trustee
P.O. Box 57359
Washington, DC 20037
804-223-2031
goldtrustee@fiduciaryservicesgroup.com

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street, Suite 650
Alexandria, VA 22314

___/s/ Mark K. Ames___
Mark K. Ames, Esq.