**EXHIBIT A**

92 253324

BK 8397 0126

THIS DEED OF GIFT made this 3rd day of September, 1992, by and between GEORGE BILIDAS and BESS BILIDAS, husband and wife, as tenants by the entirety with right of survivorship, and LOUIS CHOLAKIS and ATHENA CHOLAKIS, husband and wife, as tenants by the entirety with right of survivorship, title as between the couples being held as tenants in common, (GRANTORS) and GEORGE BILIDAS and BESS BILIDAS, husband and wife, and LOUIS CHOLAKIS and ATHENA CHOLAKIS, husband and wife, as tenants in common, there being no right of survivorship, (GRANTEES).

W I T N E S S E T H:

WHEREAS, George and Bess Bilidas (the Bilidas') hold title between themselves as tenants by the entirety with right of survivorship and Louis and Athena Cholakis (the Cholakis') hold title between themselves as Tenants by the entirety with right of survivorship and the Bilidas' and the Cholakis' hold title between the two couples as Tenants in common, and

WHEREAS, the Bilidas' and the Cholakis' desire to terminate the survivorship as between each of the husbands and wives so that each of the GRANTEES will own a one-fourth (1/4) interest in the subject property as Tenants in common with no right of survivorship as between any of the GRANTEES.

That for good consideration, the receipt of which is hereby acknowledged, GRANTORS grant and convey in fee simple with general warranty of title unto the said GRANTEES as tenants in common, each owning a one-fourth (1/4) undivided interest (there

TAXPAYERS' ADDRESS:
2412 Mare Lane
Oakton, VA 22124

RETURN TO: Hugh A. M. Shafer, Jr.
8351 Greensboro Drive
McLean, Virginia 22102

THIS DEED IS EXEMPT FROM STATE RECORDATION TAX BY VIRUTE OF §58-1.811(D) OF THE CODE OF VIRGINIA

LAW OFFICES HUGH A.M. SHAFER, JR. 8351 GREENSBORO DRIVE, McLEAN, VIRGINIA — 22102

LAW OFFICES HUGH A.M. SHAFER, JR. 8351 GREENSBORO DRIVE, McLEAN, VIRGINIA — 22102

being no right of survivorship as between any of the GRANTEES), the following described property situate and being in Fairfax County, Virginia:

Beginning for the same at a point on the southwesterly right-of-way line of Lewis Street (33 feet wide), said point being South 37°48'00" East 256.60 feet from the southeasterly right-of-way line of Windover Avenue (33 feet wide), thence running with said right-of-way line of Lewis Street.

1. South 37°48'00" East 109.86 feet to a point being the northerly corner of the property of W.J. Jennings (Deed Book 1871, Page 446), thence leaving said right-of-way line and running with the northwesterly line of said Jennings

2. South 50°41'17" West 123.11 feet to a point on the northeasterly line of the property of First Virginia Bank (Deed Book 4195, Page 555), thence running with said northwesterly line

3. North 40°20'00" West 107.55 feet to a point on the southeasterly line of Lot 3 of said subdivision, thence running with said southeasterly line

4. North 49°40'00" East 127.90 feet to the point of beginning containing 13,640 square feet of land

AND BEING the same property conveyed to the GRANTORS herein by deed from Pearl E. Dimsey, Guy O. Dimsey, Ruby M. Dimsey and Calvin Dimsey, which deed is dated January 31, 1986 and was recorded on February 7, 1991 among the land records of Fairfax County, Virginia at page 573 in book 631.

The GRANTORS covenant that they have the right to convey the aforesaid property unto the GRANTEES, that the GRANTEES shall have quiet possession thereof; that the said GRANTORS have done no act to encumber said land (except as appears of record) and that GRANTORS will execute such further assurances of the land as may be requisite.

WITNESS the following signatures and seals.

_______________ (SEAL)
GEORGE BILIDAS

_______________ (SEAL)
BESS BILIDAS

_______________ (SEAL)
LOUIS CHOLAKIS

_______________ (SEAL)
ATHENA CHOLAKIS

STATE OF VIRGINIA
~~CITY~~/COUNTY OF FAIRFAX, to wit:

I, the undersigned a Notary Public in and for the ~~City~~/County aforesaid, in the State of Virginia, do hereby certify that GEORGE BILIDAS and BESS BILIDAS, husband and wife, whose names are signed to the writing above, have acknowledged the same before me in my ~~City~~/County aforesaid.

Given under my hand this the 3rd day of September, 1992.

My commission expires: 12/29/92

_______________
Notary Public



LAW OFFICES HUGH A.M. SHAFER, JR. 8351 GREENSBORO DRIVE, McLEAN, VIRGINIA — 22102

LAW OFFICES HUGH A.M. SHAFER, JR. 8351 GREENSBORO DRIVE, McLEAN, VIRGINIA — 22102

STATE OF VIRGINIA
~~CITY~~/COUNTY OF FAIRFAX, to wit:

I, the undersigned a Notary Public in and for the ~~City~~/County aforesaid, in the State of Virginia, do hereby certify that LOUIS CHOLAKIS and ATHENA CHOLAKIS, husband and wife, whose names are signed to the writing above, have acknowledged the same before me in my ~~City~~/County aforesaid.

Given under my hand this the 16th day of December, 1992.

My commission expires: 12/29/92

Notary Public



DEC 29 1992
RECORDED FAIRFAX CO VA
TESTE: J. ... CLERK