EXHIBIT B

Tax Inquiry | Fairfax Enterprise - PORA

**Parcel ID:** 0383 13 0004 **BILIDAS GEORGE ET UX** **405 MAPLE ST W VIENNA VA 22180** **2026**

Roll Type: REAL Effective Date: 08/31/2026 Future Payments/Charges Apply Ignore SUBMIT Owner #:

Cycle (22) Year (11) Detail (256)

| Year | Cycle | Due Date | Tax | Penalty | Interest | Fees | Cycle Total | Project # | Last P & I Date |
|---|---|---|---|---|---|---|---|---|---|
| 2016 | 1 | 07/28/2016 | 5,253.95 | 525.40 | 577.97 | 0.00 | 6,357.32 | | 08/02/2019 |
| 2016 | 2 | 12/05/2016 | 5,253.94 | 525.40 | 563.47 | 0.00 | 6,342.81 | | |
| 2017 | 1 | 07/28/2017 | 5,560.94 | 556.09 | 560.70 | 0.00 | 6,677.73 | | |
| 2017 | 2 | 12/05/2017 | 5,560.90 | 556.08 | 535.22 | 0.00 | 6,652.20 | | |
| 2018 | 1 | 07/30/2018 | 6,064.52 | 606.44 | 544.77 | 0.00 | 7,215.73 | | |
| 2018 | 2 | 12/06/2018 | 6,064.50 | 606.44 | 516.97 | 0.00 | 7,187.91 | | |
| 2019 | 1 | 07/29/2019 | 5,937.93 | 593.80 | 468.08 | 0.00 | 6,999.81 | | |
| 2019 | 2 | 12/05/2019 | 5,937.90 | 593.78 | 440.88 | 0.00 | 6,972.56 | | |
| 2020 | 1 | 08/28/2020 | 6,070.14 | 303.50 | 387.72 | 0.00 | 6,761.36 | | |
| 2020 | 2 | 12/07/2020 | 6,070.13 | 303.50 | 366.47 | 0.00 | 6,740.10 | | |
| 2021 | 1 | 07/28/2021 | 5,499.81 | 549.98 | 312.56 | 0.00 | 6,362.35 | | |
| 2021 | 2 | 12/06/2021 | 5,499.79 | 549.98 | 287.35 | 0.00 | 6,337.12 | | |
| 2022 | 1 | 07/28/2022 | 5,459.63 | 545.96 | 250.23 | 0.00 | 6,255.82 | | |
| 2022 | 2 | 12/05/2022 | 5,459.62 | 545.96 | 225.20 | 0.00 | 6,230.78 | | |
| 2023 | 1 | 07/28/2023 | 5,948.87 | 594.89 | 207.21 | 0.00 | 6,750.97 | | |
| 2023 | 2 | 12/05/2023 | 5,948.85 | 594.88 | 179.94 | 0.00 | 6,723.67 | | |
| 2024 | 1 | 07/29/2024 | 5,997.69 | 599.77 | 142.94 | 0.00 | 6,740.40 | | |
| 2024 | 2 | 12/05/2024 | 5,997.66 | 599.77 | 115.44 | 0.00 | 6,712.87 | | |
| 2025 | 1 | 07/28/2025 | 6,765.03 | 676.50 | 86.81 | 0.00 | 7,528.34 | | |
| 2025 | 2 | 12/05/2025 | 6,765.02 | 676.50 | 55.81 | 0.00 | 7,497.33 | | |
| 2026 | 1 | 07/28/2026 | 6,757.27 | 675.73 | 12.38 | 0.00 | 7,445.38 | | |
| 2026 | 2 | 12/07/2026 | 6,757.24 | 0.00 | 0.00 | 0.00 | 6,757.24 | | |
| | | Totals: | 130,631.33 | 11,780.35 | 6,838.12 | 0.00 | 149,249.80 | | |

TOWN OF VIENNA
127 CENTER ST. S
VIENNA, VIRGINIA 22180

# DELINQUENT REAL ESTATE BILL

| | |
|---|---|
| DATE | 08/05/2026 |
| CUSTOMER ID | 24918 |
| MORTGAGE CODE | |

MAP REFERENCE NUMBER 0383 13 0004
PRIMARY OWNER BILIDAS GEORGE ET UX
CO-OWNER CHOLAKIS LOUIS G ET UX
BILIDAS GEORGE ET UX CHOLAKIS LOUIS
CHOLAKIS LOUIS ET UX

LOCATION 405 MAPLE ST W
DEED BOOK PAGE
LEGAL DESCRIPTION PEARL E DIMSEY

00002082026300262003700001123041

# PAST DUE

**PLEASE CALL (703) 255-6325 FOR CUSTOMER SERVICE, 711 VIRGINIA RELAY OR EMAIL: REALESTATE@VIENNAVA.GOV**

| TAX YEAR | BILL NUMBER | BASE TAX DUE | PENALTY | INTEREST | FEES | TOTAL DUE |
|---|---|---|---|---|---|---|
| 2015 | 1928 | 1,859.11 | 185.92 | 2,241.02 | 28.00 | |
| 2016 | 1933 | 1,842.05 | 184.20 | 2,017.81 | 135.00 | |
| 2017 | 1933 | 1,945.89 | 194.59 | 1,917.51 | 62.22 | |
| 2018 | 181990 | 2,085.62 | 208.56 | 1,825.79 | 56.00 | |
| 2019 | 191984 | 2,042.08 | 204.20 | 1,563.04 | 52.16 | |
| 2020 | 201988 | 2,087.55 | 208.76 | 1,358.66 | 65.00 | |
| 2021 | 211988 | 1,884.80 | 188.48 | 1,028.00 | 67.08 | |
| 2022 | 221984 | 1,764.64 | 176.46 | 768.35 | 60.38 | |
| 2023 | 231984 | 1,850.86 | 185.08 | 602.29 | 60.65 | |
| 2024 | 241984 | 1,822.43 | 182.24 | 392.58 | 53.53 | |
| 2025 | 251989 | 2,059.61 | 205.96 | 207.68 | 0.00 | |
| 2026 | 262003 | 1,004.21 | 100.42 | 18.41 | 0.00 | |
| 2026 | 262003 | 1,004.20 | 0.00 | 0.00 | 0.00 | |

| | |
|---|---|
| **TOTAL DELINQUENT BALANCE DUE** | **$39,054.88** |
| **PAYMENT DUE DATE** | **08/31/2026** |

**PLEASE SEE REVERSE FOR BILLING AND PAYMENT INFORMATION**

DETACH AND RETURN WITH PAYMENT

**TOWN OF VIENNA**
**REAL ESTATE TAX DELINQUENT BILL**
MAP REFERENCE NUMBER 0383 13 0004
CUSTOMER ID NUMBER 24918

00002082026300262003700001123041

| | |
|---|---|
| **AMOUNT DUE BY 08/31/2026** | **$39,054.88** |
| **AMOUNT PAID** | **$** |

BILIDAS GEORGE ET UX
CHOLAKIS LOUIS G ET UX
1141 ELDEN ST STE 224
HERNDON, VA 20170

**Return payment to:**
**Town of Vienna Tax Department**
**127 Center St. South**
**Vienna, VA 22180**