EXHIBIT E

5667

COURT RECORDING DATA

INTERNAL REVENUE SERVICE
FACSIMILE FEDERAL TAX LIEN DOCUMENT

Lien Recorded : 10/24/2018 - 00:00AM
Recording Number: 605325
UCC Number :
Liber :
Page :

Area: SMALL BUSINESS/SELF EMPLOYED #3
Lien Unit Phone: (800) 913-6050

IRS Serial Number: 328213318

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
STEVEN G BILIDAS

ALS Entity Type: Individual

Residence :
10124 WENDOVER DR
VIENNA, VA 22181-2957

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 6672 | 09/30/2014 | XXX-XX-4102 | 06/06/2018 | 07/06/2028 | |
| 6672 | 09/30/2014 | XXX-XX-4102 | 06/22/2018 | 07/22/2028 | 72202.64 |
| 6672 | 09/30/2015 | XXX-XX-4102 | 06/06/2018 | 07/06/2028 | |
| 6672 | 09/30/2015 | XXX-XX-4102 | 06/22/2018 | 07/22/2028 | 71338.14 |
| 6672 | 03/31/2016 | XXX-XX-4102 | 06/06/2018 | 07/06/2028 | |
| 6672 | 03/31/2016 | XXX-XX-4102 | 06/22/2018 | 07/22/2028 | 70629.53 |
| 6672 | 06/30/2016 | XXX-XX-4102 | 06/06/2018 | 07/06/2028 | |
| 6672 | 06/30/2016 | XXX-XX-4102 | 06/22/2018 | 07/22/2028 | 64645.58 |
| 6672 | 03/31/2017 | XXX-XX-4102 | 06/06/2018 | 07/06/2028 | |
| 6672 | 03/31/2017 | XXX-XX-4102 | 06/22/2018 | 07/22/2028 | 61240.01 |
| 6672 | 09/30/2017 | XXX-XX-4102 | 06/06/2018 | 07/06/2028 | |
| 6672 | 09/30/2017 | XXX-XX-4102 | 06/22/2018 | 07/22/2028 | 62244.93 |
| 6672 | 12/31/2017 | XXX-XX-4102 | 06/22/2018 | 07/22/2028 | 42243.31 |

Filed at: FAIRFAX CIRCUIT COURT
Fairfax County
Fairfax, VA 22030

Total | $ 444544.14

This notice was prepared and executed at BALTIMORE, MD
on this, the 16th day of October, 2018.

Authorizing Official:
T LESURE

Title:
REVENUE OFFICER 23-03-5438

5667

COURT RECORDING DATA

INTERNAL REVENUE SERVICE
FACSIMILE FEDERAL TAX LIEN DOCUMENT

Lien Recorded : 06/02/2021 - 00:00AM
Recording Number: 635204
UCC Number :
Liber :
Page :

Area: SMALL BUSINESS/SELF EMPLOYED #3
Lien Unit Phone: (800) 913-6050

IRS Serial Number: 432157621

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
STEVEN G BILIDAS

ALS Entity Type: Individual

Residence :
10124 WENDOVER DR
VIENNA, VA 22181-2957

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 6672 | 09/30/2018 | XXX-XX-4102 | 06/14/2019 | 07/14/2029 | |
| 6672 | 09/30/2018 | XXX-XX-4102 | 08/12/2019 | 09/11/2029 | |
| 6672 | 09/30/2018 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | |
| 6672 | 09/30/2018 | XXX-XX-4102 | 05/10/2021 | 06/09/2031 | 108106.43 |
| 6672 | 12/31/2018 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | 10265.20 |
| 6672 | 03/31/2019 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | |
| 6672 | 03/31/2019 | XXX-XX-4102 | 05/10/2021 | 06/09/2031 | 62457.12 |
| 6672 | 06/30/2019 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | |
| 6672 | 06/30/2019 | XXX-XX-4102 | 05/10/2021 | 06/09/2031 | 77655.58 |
| 6672 | 09/30/2019 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | |
| 6672 | 09/30/2019 | XXX-XX-4102 | 05/10/2021 | 06/09/2031 | 62276.42 |
| 6672 | 12/31/2019 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | |
| 6672 | 12/31/2019 | XXX-XX-4102 | 05/10/2021 | 06/09/2031 | 87379.19 |
| 6672 | 03/31/2020 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | |
| 6672 | 03/31/2020 | XXX-XX-4102 | 05/10/2021 | 06/09/2031 | 42824.54 |

Filed at: FAIRFAX CIRCUIT COURT
Fairfax County
Fairfax, VA 22030

Total | $ 450964.48

This notice was prepared and executed at BALTIMORE, MD
on this, the 25th day of May, 2021.

Authorizing Official:
B. REID

Title:
REVENUE OFFICER 23-03-4709

7

5667

COURT RECORDING DATA

INTERNAL REVENUE SERVICE
FACSIMILE FEDERAL TAX LIEN DOCUMENT

Lien Recorded : 06/02/2021 - 00:00AM
Recording Number: 635203
UCC Number :
Liber :
Page :

Area: SMALL BUSINESS/SELF EMPLOYED #3
Lien Unit Phone: (800) 913-6050

IRS Serial Number: 432157521

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
STEVEN G BILIDAS

ALS Entity Type: Individual

Residence :
10124 WENDOVER DR
VIENNA, VA 22181-2957

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 6672 | 09/30/2017 | XXX-XX-4102 | 06/06/2018 | 07/06/2028 | |
| 6672 | 09/30/2017 | XXX-XX-4102 | 06/22/2018 | 07/22/2028 | |
| 6672 | 09/30/2017 | XXX-XX-4102 | 06/14/2019 | 07/14/2029 | |
| 6672 | 09/30/2017 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | 133666.22 |
| 6672 | 12/31/2017 | XXX-XX-4102 | 06/22/2018 | 07/22/2028 | |
| 6672 | 12/31/2017 | XXX-XX-4102 | 06/14/2019 | 07/14/2029 | |
| 6672 | 12/31/2017 | XXX-XX-4102 | 08/12/2019 | 09/11/2029 | |
| 6672 | 12/31/2017 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | 169093.98 |
| 6672 | 03/31/2018 | XXX-XX-4102 | 06/14/2019 | 07/14/2029 | |
| 6672 | 03/31/2018 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | |
| 6672 | 03/31/2018 | XXX-XX-4102 | 05/10/2021 | 06/09/2031 | 99612.91 |
| 6672 | 06/30/2018 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | |
| 6672 | 06/30/2018 | XXX-XX-4102 | 05/10/2021 | 06/09/2031 | 90154.35 |

Filed at: FAIRFAX CIRCUIT COURT
Fairfax County
Fairfax, VA 22030

Total | $ 492527.46

This notice was prepared and executed at BALTIMORE, MD
on this, the 25th day of May, 2021.

Authorizing Official:
B. REID

Title:
REVENUE OFFICER 23-03-4709

5667

COURT RECORDING DATA

INTERNAL REVENUE SERVICE
FACSIMILE FEDERAL TAX LIEN DOCUMENT

Lien Recorded : 06/04/2021 - 00:00AM
Recording Number: 202106040067416
UCC Number :
Liber :
Page :

Area: SMALL BUSINESS/SELF EMPLOYED #3
Lien Unit Phone: (800) 913-6050

IRS Serial Number: 432157721

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
STEVEN G BILIDAS

ALS Entity Type: Individual

Residence :
10124 WENDOVER DR
VIENNA, VA 22181-2957

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2013 | XXX-XX-4102 | 12/16/2019 | 01/15/2030 | 19155.88 |
| 1040 | 12/31/2014 | XXX-XX-4102 | 12/16/2019 | 01/15/2030 | 13446.37 |
| 1040 | 12/31/2015 | XXX-XX-4102 | 12/16/2019 | 01/15/2030 | 202.98 |
| 1040 | 12/31/2016 | XXX-XX-4102 | 08/17/2020 | 09/16/2030 | 5962.08 |
| 6672 | 06/30/2012 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | 24269.17 |
| 6672 | 09/30/2012 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | 24112.43 |
| 6672 | 06/30/2013 | XXX-XX-4102 | 06/14/2019 | 07/14/2029 | |
| 6672 | 06/30/2013 | XXX-XX-4102 | 08/12/2019 | 09/11/2029 | |
| 6672 | 06/30/2013 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | |
| 6672 | 06/30/2013 | XXX-XX-4102 | 05/10/2021 | 06/09/2031 | 124554.54 |
| 6672 | 09/30/2013 | XXX-XX-4102 | 06/14/2019 | 07/14/2029 | |
| 6672 | 09/30/2013 | XXX-XX-4102 | 08/12/2019 | 09/11/2029 | |
| 6672 | 09/30/2013 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | |
| 6672 | 09/30/2013 | XXX-XX-4102 | 05/10/2021 | 06/09/2031 | 135531.50 |

Filed at: Clerk of the Circuit Court
Prince William County
Manassas, VA 20110

Total | $ 347234.95

This notice was prepared and executed at BALTIMORE, MD
on this, the 25th day of May, 2021.

Authorizing Official:
B. REID

Title:
REVENUE OFFICER 23-03-4709

5667

COURT RECORDING DATA

INTERNAL REVENUE SERVICE
FACSIMILE FEDERAL TAX LIEN DOCUMENT

Lien Recorded : 06/04/2021 - 00:00AM
Recording Number: 202106040067417
UCC Number :
Liber :
Page :

Area: SMALL BUSINESS/SELF EMPLOYED #3
Lien Unit Phone: (800) 913-6050

IRS Serial Number: 432157821

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
STEVEN G BILIDAS

ALS Entity Type: Individual

Residence :
10124 WENDOVER DR
VIENNA, VA 22181-2957

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 6672 | 12/31/2013 | XXX-XX-4102 | 06/14/2019 | 07/14/2029 | |
| 6672 | 12/31/2013 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | |
| 6672 | 12/31/2013 | XXX-XX-4102 | 05/10/2021 | 06/09/2031 | 109220.42 |
| 6672 | 03/31/2014 | XXX-XX-4102 | 06/14/2019 | 07/14/2029 | |
| 6672 | 03/31/2014 | XXX-XX-4102 | 08/12/2019 | 09/11/2029 | |
| 6672 | 03/31/2014 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | 100151.03 |
| 6672 | 06/30/2014 | XXX-XX-4102 | 06/14/2019 | 07/14/2029 | |
| 6672 | 06/30/2014 | XXX-XX-4102 | 08/12/2019 | 09/11/2029 | |
| 6672 | 06/30/2014 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | |
| 6672 | 06/30/2014 | XXX-XX-4102 | 05/10/2021 | 06/09/2031 | 136024.33 |
| 6672 | 09/30/2014 | XXX-XX-4102 | 06/06/2018 | 07/06/2028 | |
| 6672 | 09/30/2014 | XXX-XX-4102 | 06/22/2018 | 07/22/2028 | |
| 6672 | 09/30/2014 | XXX-XX-4102 | 06/14/2019 | 07/14/2029 | 76868.48 |

Filed at: Clerk of the Circuit Court
Prince William County
Manassas, VA 20110

Total | $ 422264.26

This notice was prepared and executed at BALTIMORE, MD
on this, the 25th day of May, 2021.

Authorizing Official:
B. REID

Title:
REVENUE OFFICER 23-03-4709

5667

COURT RECORDING DATA

INTERNAL REVENUE SERVICE
FACSIMILE FEDERAL TAX LIEN DOCUMENT

Lien Recorded : 06/04/2021 - 00:00AM
Recording Number: 202106040067418
UCC Number :
Liber :
Page :

Area: SMALL BUSINESS/SELF EMPLOYED #3
Lien Unit Phone: (800) 913-6050

IRS Serial Number: 432157921

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
STEVEN G BILIDAS

ALS Entity Type: Individual

Residence :
10124 WENDOVER DR
VIENNA, VA 22181-2957

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 6672 | 12/31/2014 | XXX-XX-4102 | 06/14/2019 | 07/14/2029 | |
| 6672 | 12/31/2014 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | |
| 6672 | 12/31/2014 | XXX-XX-4102 | 05/10/2021 | 06/09/2031 | 114763.28 |
| 6672 | 03/31/2015 | XXX-XX-4102 | 06/14/2019 | 07/14/2029 | |
| 6672 | 03/31/2015 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | 76566.40 |
| 6672 | 06/30/2015 | XXX-XX-4102 | 06/14/2019 | 07/14/2029 | |
| 6672 | 06/30/2015 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | |
| 6672 | 06/30/2015 | XXX-XX-4102 | 05/10/2021 | 06/09/2031 | 115774.55 |
| 6672 | 09/30/2015 | XXX-XX-4102 | 06/06/2018 | 07/06/2028 | |
| 6672 | 09/30/2015 | XXX-XX-4102 | 06/22/2018 | 07/22/2028 | |
| 6672 | 09/30/2015 | XXX-XX-4102 | 06/14/2019 | 07/14/2029 | |
| 6672 | 09/30/2015 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | 124654.87 |
| 6672 | 12/31/2015 | XXX-XX-4102 | 06/14/2019 | 07/14/2029 | |
| 6672 | 12/31/2015 | XXX-XX-4102 | 03/10/2021 | 04/09/2031 | |
| 6672 | 12/31/2015 | XXX-XX-4102 | 05/10/2021 | 06/09/2031 | 113366.32 |

Filed at: Clerk of the Circuit Court
Prince William County
Manassas, VA 20110

Total | $ 545125.42

This notice was prepared and executed at BALTIMORE, MD
on this, the 25th day of May, 2021.

Authorizing Official:
B. REID

Title:
REVENUE OFFICER 23-03-4709

| Judgment # | Document Type | Judgment Date | Date Docketed |
|---|---|---|---|
| 609215 | DEPARTMENT OF TAXATION | 1/31/2019 | 2/11/2019 |
| | | **Homestead** | **Where Rendered** |
| | | No | DEPARTMENT OF TAXATION |

| Book # | Page # | Case File # |
|---|---|---|
| 00263 | 0364 | |

**Plaintiffs**

| Name | Firm? |
|---|---|
| COMMONWEALTH OF VIRGINIA | Yes |

**Defendants**

| Name | Firm? | SSN/License # | DOB | Address |
|---|---|---|---|---|
| BILIDAS, STEVEN G | No | xxx-xx-4102 | 3/14/1966 | 10124 WENDOVER DR VIENNA VA 22181 2957 |

**Plaintiff Attorney**

NONE

**Defendant Attorney**

NONE

**Judgment Description**

CONVERTD ASSESMT TOTAL 85,935.64

**Remarks**

| Date Corrected | Nature of Change | Clerk |
|---|---|---|
| None Listed | | |

## Executions

NONE

| Date Corrected | Nature of Change | Clerk |
|---|---|---|
| None Listed | | |

## Updates

NONE

| Date Corrected | Nature of Change | Clerk |
|---|---|---|
| None Listed | | |

| Judgment # | Document Type | Judgment Date | Date Docketed |
|---|---|---|---|
| 610875 | DEPARTMENT OF TAXATION | 3/21/2019 | 3/28/2019 |
| | | **Homestead** | **Where Rendered** |
| | | No | DEPARTMENT OF TAXATION |

| Book # | Page # | Case File # |
|---|---|---|
| 00264 | 0700 | |

**Plaintiffs**

| Name | Firm? |
|---|---|
| COMMONWEALTH OF VIRGINIA | Yes |

**Defendants**

| Name | Firm? | SSN/License # | DOB | Address |
|---|---|---|---|---|
| BILIDAS, STEVEN G | No | xxx-xx-4102 | 3/14/1966 | 10124 WENDOVER DR VIENNA VA 22181 2957 |

**Plaintiff Attorney**

NONE

**Defendant Attorney**

NONE

**Judgment Description**

INDIVIDUAL INCOME TOTAL 70,741.68

**Remarks**

| Date Corrected | Nature of Change | Clerk |
|---|---|---|
| None Listed | | |

## Executions

NONE

| Date Corrected | Nature of Change | Clerk |
|---|---|---|
| None Listed | | |

## Updates

NONE

| Date Corrected | Nature of Change | Clerk |
|---|---|---|
| None Listed | | |

| Judgment # | Document Type | Judgment Date | Date Docketed |
|---|---|---|---|
| 626364 | DEPARTMENT OF TAXATION | 5/21/2020 | 6/2/2020 |
| | | **Homestead** | **Where Rendered** |
| | | No | DEPARTMENT OF TAXATION |

| Book # | Page # | Case File # |
|---|---|---|
| 00274 | 2223 | |

**Plaintiffs**

| Name | Firm? |
|---|---|
| COMMONWEALTH OF VIRGINIA | Yes |

**Defendants**

| Name | Firm? | SSN/License # | DOB | Address |
|---|---|---|---|---|
| BILIDAS, STEVEN G | No | xxx-xx-4102 | 3/14/1966 | 10124 WENDOVER DR VIENNA VA 22181 2957 |

**Plaintiff Attorney**

NONE

**Defendant Attorney**

NONE

**Judgment Description**

INDIVIDUAL INCOME TOTAL 12,524.94

**Remarks**

| Date Corrected | Nature of Change | Clerk |
|---|---|---|
| None Listed | | |

## Executions

NONE

| Date Corrected | Nature of Change | Clerk |
|---|---|---|
| None Listed | | |

## Updates

NONE

| Date Corrected | Nature of Change | Clerk |
|---|---|---|
| None Listed | | |

| Judgment # | Document Type | Judgment Date | Date Docketed |
|---|---|---|---|
| 627546 | DEPARTMENT OF TAXATION | 8/5/2020 | 8/13/2020 |
| | | **Homestead** | **Where Rendered** |
| | | No | DEPARTMENT OF TAXATION |

| Book # | Page # | Case File # |
|---|---|---|
| 00276 | 1061 | |

**Plaintiffs**

| Name | Firm? |
|---|---|
| COMMONWEALTH OF VIRGINIA | Yes |

**Defendants**

| Name | Firm? | SSN/License # | DOB | Address |
|---|---|---|---|---|
| BILIDAS, STEVEN G | No | xxx-xx-4102 | 3/14/1966 | 10124 WENDOVER DR VIENNA VA 22181 2957 |

**Plaintiff Attorney**

NONE

**Defendant Attorney**

NONE

**Judgment Description**

CONVERTD ASSESMT TOTAL 266,394.07 ✓

**Remarks**

| Date Corrected | Nature of Change | Clerk |
|---|---|---|
| None Listed | | |

## Executions

NONE

| Date Corrected | Nature of Change | Clerk |
|---|---|---|
| None Listed | | |

## Updates

NONE

| Date Corrected | Nature of Change | Clerk |
|---|---|---|
| None Listed | | |

**Any mischaracterization on this release regarding Type of Tax originally assessed shall not invalidate this release*

| RELEASE of MEMORANDUM of LIEN<br>**COMMONWEALTH OF VIRGINIA** | Department of Taxation<br>P.O. Box 1880<br>Richmond, Virginia 23218-1880 |
|---|---|
| Notice is given that the Memorandum of Lien filed on 12/06/16 in Instrument Number 580555, against the taxpayer named below, for the taxes noted below, is released. You are authorized to record the Release of this Lien for these taxes. | For Optional Use by Clerk's Office |
| **Name of Taxpayer and Last Known Mailing Address**<br>STEVEN G BILIDAS<br>10124 WENDOVER DR<br>VIENNA, VA 22181-2957 | **FEIN/SSN:**<br>XXX-XX-4102 |
| **Location of Circuit Court**<br>JOHN T FREY, CLERK<br>FAIRFAX COUNTY CIRCUIT COURT<br>4110 CHAIN BRIDGE RD<br>FAIRFAX, VA 22030 | |
| **City/County of Residence or Principal Place of Business**<br>**Name of City/County: Fairfax County** | **Date of Birth**<br>March 14, 1966 |

| **Department of Taxation**<br>**By:** | **Issuing Office**<br>Office of Compliance<br>P.O. Box 1880<br>Richmond, VA 23218-1880<br>(804) 367-8045 | **Date:** November 22, 2017 |
|---|---|---|

| *Type of Tax | Tax Period | Date of Assessment | Bill Number | Judgment Amount |
|---|---|---|---|---|
| Convertd Assesmt | 09/01/08 - 12/31/12 | 08/31/15 | 04434 | $148,438.18 |
| Convertd Assesmt | 09/01/14 - 09/30/14 | 08/31/15 | 04444 | $14,208.03 |
| Convertd Assesmt | 10/01/14 - 10/31/14 | 08/31/15 | 04445 | $14,016.50 |
| Convertd Assesmt | 07/01/08 - 12/31/12 | 08/31/15 | 04508 | $152,118.66 |
| Convertd Assesmt | 08/01/08 - 12/31/12 | 08/31/15 | 04554 | $43,026.61 |
| | | | **TOTAL** | **$371,807.98** |

Client ID: 12767622

| Judgment # | Document Type | Judgment Date | Date Docketed |
|---|---|---|---|
| 647219 | GENERAL DISTRICT COURT | 8/10/2022 | 9/14/2022 |
| | | **Homestead** | **Where Rendered** |
| | | Yes | FAIRFAX COUNTY GENERAL DISTRICT COURT |

| Book # | Page # | Case File # |
|---|---|---|
| 00291 | 1833 | 20220008592 |

**Plaintiffs**

| Name | Firm? |
|---|---|
| TOWNES OF MOOREFIELD COMMUNITY ASSOCIATION | Yes |

**Defendants**

| Name | Firm? | SSN/License # | DOB | Address |
|---|---|---|---|---|
| BILIDAS, STEVEN G | No | | | 10124 WENDOVER DRIVE VIENNA VA 22181 |

**Plaintiff Attorney**

CHADWICK & WASHINGTON ✓

**Defendant Attorney**

NONE

**Judgment Description**

AMOUNT OF 4,184.91 WITH INTEREST AT 6% FROM 08/10/22, COSTS 64.00, ATTY'S FEES 1,250.00

**Remarks**

**Corrections have been made to this document**

View Details

## Executions

NONE

| Date Corrected | Nature of Change | Clerk |
|---|---|---|
| None Listed | | |

## Updates

NONE

| Date Corrected | Nature of Change | Clerk |
|---|---|---|
| None Listed | | |

668652 BK 30308 0283 04/02/2025

# ABSTRACT OF JUDGMENT

Commonwealth of Virginia VA. CODE § 8.01-449

Case No. GV24016091-00

FAIRFAX CO. GENERAL DISTRICT COURT - CIVIL 4110 CHAIN BRIDGE ROAD, FAIRFAX, VA 22030

DISTRICT COURT NAME AND ADDRESS

TOWNES OF MOOREFIELD COMMUNITY ASSOCIATION v. BILIDAS, STEVEN G

| FULL NAME OF PLAINTIFF (LAST, FIRST, MIDDLE) | FULL NAME OF DEFENDANT (LAST, FIRST, MIDDLE) |
|---|---|
| TOWNES OF MOOREFIELD COMMUNITY ASSOCIATION | BILIDAS, STEVEN G |
| ADDRESS: 3201 JERMANTOWN RD, 600<br>FAIRFAX, VA 22030 | ADDRESS: 10124 WENDOVER DR<br>VIENNA, VA 22181 |
| CITY / STATE / ZIP: | CITY / STATE / ZIP: |
| DATE OF BIRTH: / SSN (LAST FOUR DIGITS ONLY): | DATE OF BIRTH: / SSN (LAST FOUR DIGITS ONLY): |
| FULL NAME OF PLAINTIFF(S): | FULL NAME OF DEFENDANT(S): |
| ADDRESS: | ADDRESS: |
| CITY / STATE / ZIP: | CITY / STATE / ZIP: |
| DATE OF BIRTH: / SSN (LAST FOUR DIGITS ONLY): | DATE OF BIRTH: / SSN (LAST FOUR DIGITS ONLY): |

This is to certify that a judgment was rendered in this court in favor of:

[X] PLAINTIFF(S) against DEFENDANT(S)

[ ] DEFENDANT(S) against PLAINTIFF(S)

[ ] .................... v. ....................

DATE OF JUDGMENT 2/26/2025

$ 2,226.00 AMOUNT OF JUDGMENT

$ AMOUNT OF JUDGMENT NOT SUBJECT TO ACCRUAL OF INTEREST

HOMESTEAD EXEMPTION WAIVED [ ] YES [X] NO [ ] CANNOT BE DEMANDED

$ ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED

INTEREST RATE(S) AND BEGINNING DATE(S)
6% FROM 022625

| COSTS | ATTORNEY'S FEES | ATTORNEY |
|---|---|---|
| $ 64.00 | $ 600.00 | CHADWICK & WASHINGTO |

OTHER:

I certify the above to be a true abstract of a judgment rendered in this court.

3/19/2025
DATE

[X] CLERK [ ] JUDGE

FORM DC-465 MASTER 7/07

04/02/2025
RECORDED FAIRFAX CO VA
TESTE:
CLERK

# ABSTRACT OF JUDGMENT

Commonwealth of Virginia VA. CODE § 8.01-449

Case No. GV19043231-00

FAIRFAX CO. GENERAL DISTRICT COURT - CIVIL 4110 CHAIN BRIDGE ROAD, FAIRFAX, VA 22030
DISTRICT COURT NAME AND ADDRESS

PORTFOLIO RECOVERY ASSOCIATES LLC v. BILIDAS, STEVE G
FULL NAME OF PLAINTIFF (LAST, FIRST, MIDDLE) FULL NAME OF DEFENDANT (LAST, FIRST, MIDDLE)

ASSIGNEE OF HSBC BANK NEVADA NA/CAPITAL ONE N
ADDRESS

ADDRESS
10124 WENDOVER DR
VIENNA, VA 22181

CITY STATE ZIP CITY STATE ZIP

DATE OF BIRTH SSN (LAST FOUR DIGITS ONLY) DATE OF BIRTH SSN (LAST FOUR DIGITS ONLY)

FULL NAME OF PLAINTIFF(S) FULL NAME OF DEFENDANT(S)

ADDRESS ADDRESS

CITY STATE ZIP CITY STATE ZIP

DATE OF BIRTH SSN (LAST FOUR DIGITS ONLY) DATE OF BIRTH SSN (LAST FOUR DIGITS ONLY)

This is to certify that a judgment was rendered in this court in favor of:

[X] PLAINTIFF(S) against DEFENDANT(S)
[ ] DEFENDANT(S) against PLAINTIFF(S)
[ ] ............ v. ............

| | | |
|---|---|---|
| DATE OF JUDGMENT 6/30/2020 | | |
| $ 17,268.83 AMOUNT OF JUDGMENT | | |
| $ AMOUNT OF JUDGMENT NOT SUBJECT TO ACCRUAL OF INTEREST | | |
| HOMESTEAD EXEMPTION WAIVED [ ] YES [X] NO [ ] CANNOT BE DEMANDED | | |
| $ ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED | | |
| INTEREST RATE(S) AND BEGINNING DATE(S) 6% FROM 063020 | | |
| COSTS $ 58.00 | ATTORNEY'S FEES $ 0.00 | ATTORNEY SPRUILL, D |

OTHER:

I certify the above to be a true abstract of a judgment rendered in this court.

9/14/2020
DATE

[signature] [X] CLERK [ ] JUDGE

FORM DC-465 MASTER 7/07

11/19/2020
RECORDED FAIRFAX CO VA
TESTE: [signature]
CLERK